UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T.L. DALLAS (SPECIAL RISKS), LTD., and GREAT LAKES REINSURANCE (UK) PLC INDIVIDUALLLY AND AS ASSIGNEES OF PAUL AND JANET SPIELVOGEL<br><br>Plaintiffs,<br><br>v.<br><br>ELTON PORTER MARINE INSURANCE AGENCY, INC. and AMERICAN MARINE INSURANCE SERVICES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:07-cv-0419 |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiffs' Motion for Reconsideration and Motion to Certify Interlocutory Order. After considering the arguments presented by the parties in briefing and at a hearing on the pending Motion, the Court finds that Plaintiffs' Motion, Doc. No. 16, should be **DENIED**. The Court reaffirms its ruling that Plaintiffs' claims against Defendants Elton Porter and American Marine are barred by res judicata and collateral estoppel. Furthermore, the Court confirms that Plaintiffs did not effect timely service on Defendant Elton Porter and has suggested no good cause for its failure to do so.

**IT IS SO ORDERED.**

SIGNED this 29 day of August, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1